IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Richard Snyder     *    Case Number   07 - 66

**Plaintiff**

v.

(1) GPM2 LLC
(2) Christy Management, LLC
(3) Bonnie Benson, P.A.
(4) The Felton Bank of Delaware
(5) James P. Connor, Jr.
(6) Unknown Title Insurance Company
(7) Sergovic & Ellis P.A.

**Defendants**

## COMPLAINT

1. Plaintiff files this civil complaint involving a claim over $75,000.

2. Plaintiff's contract to by certain real property in Delaware (dated 25 October 2005) was recorded in the land records of Sussex County on 22 August 2006.

3. Subsequently, by documents filed in the same office (land records), the property was conveyed by defendant (1) to defendant (2). (various dates of recoding commencing on or about 21 December 2006).

4. Defendant (3) is identified as an attorney having handled the disputed settlement.

5. Defendant (4) is a lending institution holding the first mortgage.

6. Defendant (5) is an individual apparently holding a junior mortgage.

7. Defendant (6) "unknown title insurance company" can not be identified at this time.

8. Defendant (7) law firm originally was to handle the settlement between plaintiff as buyer, and defendant (1) as seller. Defendant (8) retains plaintiff's original

(2)

deposit of $25,000 ostensibly in a non-interest bearing real estate escrow account.

9. Plaintiff seeks reinstatement of his original contract (specific performance) or damages including punitive damages...for several specific losses to be determined and filed prior to trial.

10. Plaintiff demands jury trial to be held in Wilmington.

*Richard Snyder*
Richard Snyder, Plaintiff
23 Harbor Road
Rehoboth, DE 19971*

\* Plaintiff current <u>mail address</u>:  P.O. Box 374, Davidsonville, MD 21035



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Richard Snyder            *   Case Number  07-66

Plaintiff

v.

(1) GPM2 LLC
(2) Christy Management, LLC
(3) Bonnie Benson, P.A.
(4) The Felton Bank of Delaware
(5) James P. Connor, Jr.
(6) Unknown Title Insurance Company
(7) Sergovic & Ellis P.A.



Defendants

### ATTN. CLERK'S OFFICE…RON

1. Good Morning.  Kindly file the enclosed civil complaint.

2. Please time-stamp and return (3rd) copy.

3. Please include sufficient forms to accompany the complaint(s) which I will serve on defendant(s).

4. Should you need current addresses of defendants, please advise by email and I will respond with them at once.  (airportinvestors@juno.com)

5. If possible, kindly have the court notify me of any filings in the case by email.

6. I have a pacer account and was approved by PAMD (U.S.) for this purpose.

Richard Snyder
P.O. Box 374
Davidsonville, MD 21035        mail address