**U.S. District Court**                 **22 March 07**
**Wilmington**

**Good Morning    re: 07-66  Snyder v. GPM2 et al**

**Please authenticate the enclosed summons and return if at all possible the same day.  Return envelope provided.**

Thank you,

Richard Snyder Plaintiff
P.O. Box 374
Davidsonville, MD 21035                          mail address.



07cv66 GMS

FILED

MAR 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Recycled
Paper

UNITED STATES POSTAL SERVICE ®



PRIORITY
MAIL

TRY FREE
CARRIER PICK-UP
usps.com/pickup

**HOW TO USE:**

1. **COMPLETE ADDRESS AREA**
Type or print return address and
addressee information
in designated area
or on label.

2. **PAYMENT METHOD**
Affix postage or meter strip to area
indicated in upper right hand corner.

▶ Complete address information or place label here ▶

3. **ATTACH LABEL (Optional)**
Remove label backing and
affix in designated location.

4. Bring your Priority Mail package to
a post office, present it to your letter carrier,
or call 1-800-222-1811 for pick up service.
Stamped mail may be deposited in a
collection box **ONLY** if it weighs less
than 16 ounces.

**We Deliver.**

From: Box 374
210 3⁵
07-66

To: U.S.M.S.
X-RAY

U.S. District Court
844 King St
Wilmington, DE
19801









www.usps.com