IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SNYDER,<br><br>        Plaintiff,<br><br>        v.<br><br>GPM2, LLC, CHRISTY MANAGEMENT, LLC,<br>BONNIE BENSON, P.A., THE FELTON BANK<br>OF DELAWARE, JAMES P. CONNOR, JR.,<br>UNKNOWN TITLE INSURANCE COMPANY<br>and SERGOVIC & ELLIS, P.A.,<br><br>        Defendants. | :<br>:<br>:<br>:  C.A. No. 07-00066 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

Please enter the appearance of John H. Newcomer, Jr. of Morris James LLP as counsel for defendant Christy Management, LLC.

This notice and entry of appearance is without waiver of any defenses of Christy Management, LLC to jurisdiction, venue, right to jury trial or any other procedural or substantive right.

                                                                           **MORRIS JAMES LLP**

                                                                           /s/ John H. Newcomer, Jr.
                                                        John H. Newcomer, Jr. (I.D. # 2323)
                                                        500 Delaware Avenue, Suite 1500
                                                        Wilmington, DE 19801
                                                        (302) 888-6975
                                                        Attorneys for Defendant
                                                         Christy Management, LLC

March 29, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2007 two copies of the foregoing **ENTRY OF APPEARANCE** were served by first class mail, postage prepaid, upon the following:

Richard Snyder
P.O. Box 374
Davidsonville, MD 21035

and

Richard Snyder
23 Harbor Road
Rehoboth, DE 19971


       /s/ John H. Newcomer, Jr.
       John H. Newcomer, Jr.

1544782/1