IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SNYDER,<br><br>    Plaintiff,<br><br>    v.<br><br>GPM2, LLC, CHRISTY MANAGEMENT, LLC,<br>BONNIE BENSON, P.A., THE FELTON BANK<br>OF DELAWARE, JAMES P. CONNOR, JR.,<br>UNKNOWN TITLE INSURANCE COMPANY<br>and SERGOVIC & ELLIS, P.A.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 07-00066 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION TO DISMISS**

Defendant, Christy Management, LLC, moves to dismiss Plaintiff's complaint for:

(1) Lack of subject matter jurisdiction – Fed. R. Civ. P. 12(b)(1)

(2) Failure to state a claim upon which relief can be granted – Fed. R. Civ. P. 12 (b)(6).

The grounds for this motion are set forth in Defendant Christy Management, LLC's Opening Brief in Support of Its Motion to Dismiss filed contemporaneously herewith.

                                                                           **MORRIS JAMES LLP**

                                                     /s/ John H. Newcomer, Jr.
                                                  John H. Newcomer, Jr. (I.D. # 2323)
                                                  500 Delaware Avenue, Suite 1500
                                                  Wilmington, DE 19801
                                                  (302) 888-6975
                                                  Attorneys for Defendant
                                                  Christy Management, LLC

March 29, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2007 two copies of the foregoing **MOTION TO DISMISS** were served by first class mail, postage prepaid, upon the following:

Richard Snyder
P.O. Box 374
Davidsonville, MD 21035

and

Richard Snyder
23 Harbor Road
Rehoboth, DE 19971

　　　　　　　　　　　　　　　　　　　／s／ John H. Newcomer, Jr.
　　　　　　　　　　　　　　　　　　　John H. Newcomer, Jr.

1544785/1