IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SNYDER,<br><br>   Plaintiff,<br><br>  v.<br><br>GPM2, LLC, CHRISTY MANAGEMENT, LLC,<br>BONNIE BENSON, P.A., THE FELTON BANK<br>OF DELAWARE, JAMES P. CONNOR, JR.,<br>UNKNOWN TITLE INSURANCE COMPANY<br>and SERGOVIC & ELLIS, P.A.,<br><br>   Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 07-00066 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

Please enter the appearance of John H. Newcomer, Jr. of Morris James LLP as counsel for defendant The Felton Bank.

This notice and entry of appearance is without waiver of any defenses of The Felton Bank to jurisdiction, venue, right to jury trial or any other procedural or substantive right.

                             **MORRIS JAMES LLP**

                              /s/ John H. Newcomer, Jr.
                             John H. Newcomer, Jr. (I.D. # 2323)
                             500 Delaware Avenue, Suite 1500
                             Wilmington, DE 19801
                             (302) 888-6975
                             Attorneys for Defendant
                             The Felton Bank

April 3, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 3, 2007 two copies of the foregoing **ENTRY OF APPEARANCE** were served by first class mail, postage prepaid, upon the following:

Richard Snyder
P.O. Box 374
Davidsonville, MD 21035

and

Richard Snyder
23 Harbor Road
Rehoboth, DE 19971


                                        /s/ John H. Newcomer, Jr.
                                        John H. Newcomer, Jr.

1546216/1