IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SNYDER,<br><br>      Plaintiff,<br><br>v.<br><br>GPM2, LLC, CHRISTY MANAGEMENT, LLC,<br>BONNIE BENSON, P.A., THE FELTON BANK<br>OF DELAWARE, JAMES P. CONNOR, JR.,<br>UNKNOWN TITLE INSURANCE COMPANY<br>and SERGOVIC & ELLIS, P.A.,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 07-00066 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION TO DISMISS

Defendant, The Felton Bank, moves to dismiss Plaintiff's complaint for:

(1)  Lack of subject matter jurisdiction – Fed. R. Civ. P. 12(b)(1)

(2)  Failure to state a claim upon which relief can be granted – Fed. R. Civ. P. 12 (b)(6).

The Felton Bank hereby adopts the arguments set forth in Defendant Christy Management, LLC's Opening Brief in Support of Its Motion to Dismiss filed on March 29, 2007.

                                                MORRIS JAMES LLP

                                                /s/ John H. Newcomer, Jr.
                                                John H. Newcomer, Jr. (I.D. # 2323)
                                                500 Delaware Avenue, Suite 1500
                                                Wilmington, DE 19801
                                                (302) 888-6975
                                                Attorneys for Defendant
                                                The Felton Bank

April 5, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 5, 2007 two copies of the foregoing **MOTION TO DISMISS** were served by first class mail, postage prepaid, upon the following:

Richard Snyder
P.O. Box 374
Davidsonville, MD 21035

and

Richard Snyder
23 Harbor Road
Rehoboth, DE 19971

                                            /s/ John H. Newcomer, Jr.
                                            John H. Newcomer, Jr. (#2323)

1547449/1