IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SNYDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-00066 GMS |
| ) | |
| GPM 2, LLC, CHRISTY ) | |
| MANAGEMENT, LLC, BONNIE ) | |
| BENSON, P.A., THE FELTON BANK ) | |
| OF DELAWARE, JAMES P. CONNOR, ) | |
| JR., UNKNOWN TITLE INSURANCE ) | |
| COMPANY and SERGOVIC & ELLIS, ) | |
| P.A., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Jeffrey M. Weiner, Esquire, 1332 King Street, Wilmington, Delaware 19801 on behalf of Defendant Bonnie Benson, P.A. This Entry of Appearance shall not be construed to be a waiver of any defenses, including, without limitation, those set forth in Civil Rule 12(b). Defendant specifically reserves all rights to raise jurisdictional, service, statute of limitation or other defenses which may be available.

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, DE 19801
(302) 652-0505
Counsel for Defendant Bonnie Benson, P.A.

**DATED:**     **April 18, 2007**

## CERTIFICATE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of the **Entry of Appearance** were E-served this 18th day of April, 2007, as follows:

JOHN H. NEWCOMER, JR., ESQUIRE
Morris, James LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, Delaware 19899

SERGOVIC & ELLIS, P.A.
9 North Front Street
P.O. Box 875
Georgetown, Delaware 19947

BY MAIL:

RICHARD SNYDER
23 Harbor Road
Rehoboth Beach, Delaware 19971

RICHARD SNYDER
P.O. Box 374
Davidsonville, Maryland 21035

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, DE 19801
(302) 652-0505
Counsel for Defendant Bonnie Benson, P.A.