IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SNYDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-00066 GMS |
| ) | |
| GPM 2, LLC, CHRISTY ) | |
| MANAGEMENT, LLC, BONNIE ) | |
| BENSON, P.A., THE FELTON BANK ) | |
| OF DELAWARE, JAMES P. CONNOR, ) | |
| JR., UNKNOWN TITLE INSURANCE ) | |
| COMPANY and SERGOVIC & ELLIS, ) | |
| P.A., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT BENSON, P.A.'S MOTION TO DISMISS

**COMES NOW** Defendant Bonnie Benson, P.A., and moves to dismiss Plaintiff's Complaint for:

1. Lack of subject matter jurisdiction – Fed.R.Civ.P. 12(b)(1); and

2. Failure to state a claim upon which relief can be granted – Fed.R.Civ.P. (12)(6).

The grounds for this Motion are set forth in Defendant Benson's Opening Brief in support of its Motion to Dismiss filed simultaneously herewith as well as the arguments set forth in Defendant Christy Management, LLC's in support of its March 29, 2007 Motion, the latter of which is adopted by this reference pursuant to Fed.R.Civ.P. 10(c).

Respectfully submitted,

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, DE 19801
(302) 652-0505
Counsel for Defendant Bonnie Benson, P.A.

DATED:    April 19, 2007

# CERTIFICATE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of **Defendant Benson, P.A.'s Motion to Dismiss** were E-served this 19th day of April, 2007, as follows:

JOHN H. NEWCOMER, JR., ESQUIRE
Morris, James LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, Delaware 19899

BY MAIL:

SERGOVIC & ELLIS, P.A.
9 North Front Street
P.O. Box 875
Georgetown, Delaware 19947

RICHARD SNYDER
23 Harbor Road
Rehoboth Beach, Delaware 19971

RICHARD SNYDER
P.O. Box 374
Davidsonville, Maryland 21035

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, DE 19801
(302) 652-0505
**Counsel for Defendant Bonnie Benson, P.A.**