RS USDC SICC 3/20/071

**ATLANTIC PROCESS SERVERS**
3212 Cutshaw Ave, Ste 316  Richmond, VA 23230  804-213-0090
**AFFIDAVIT OF SERVICE**

Virginia:
**In The United States District Court District of Delaware**

**Richard Snyder**                              **Plaintiff,**
v.
**GPMZ LLC**                                    **Defendant.**
**Case Number:07-66**

I, the undersigned, do hereby state that I am a person over eighteen years old and not a party or otherwise interested in the subject matter of the controversy.

I did serve **GPMZ LLC c/o T. Terry** at **7443 Lee Davis Road, #301 Mechanicsville, VA 23111** with a copy of the attached **Summons In A Civil Case** with a Return Date of ____ in the following manner:

**DATE OF SERVICE:** 3/29/07

☒ .....PERSONAL x _Regina Dorvin_

☐ ......Being unable to make personal service, a copy was delivered in the following manner:
.....**Delivered to a Family Member**(not a temporary sojourner or guest) age sixteen or older at usual place of abode of party named after giving information of its purport.

Name: _____ Age: _____ Relation: _____

☐ .....**Posted** on the front door or such other door as appears to be the main entrance of usual place of abode, address listed above.(Other authorized recipient not found)

☐ .....Served on **The Secretary of The Commonwealth**

☐ .....Pursuant to 5 U.S.C. & 5520a, served by certified or registered mail, return receipt requested.

☐ .....Not Found

JEFF WILLIAMS
Process Server (print)

_____
Process Server (signature)

Commonwealth of Virginia
County/City of Henrico/Richmond
Subscribed and sworn/affirmed before me this 29 day of May, 2007.

_____
Notary Public
Jack Jackson, III / Amy E Jackson / Davin Mock
My Commission expires:   7/31/07      7/31/08      9/30/2010

07cv66 GMS
FILED
APR 9 - 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE