AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE _Ronald Brown_ |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 3/29/07 |
| NAME OF SERVER (PRINT) EZEKIEL WING || TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 34385 B Carpenters Way, Lewes, DE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Bonnie Benson

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/29/07           _Ezekiel Wing_
                Date              Signature of Server

Information Retrieval Services
P.O. BOX 268
GEORGETOWN, DE 19947

Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.