AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE  *Fulton Bank*

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3/30/2007 |
| NAME OF SERVER *(PRINT)* David W. Phillips | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Susan Welch (Branch Mgr.)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/30/07
            Date                   Signature of Server

Information Retrieval Services
P.O. BOX 263
GEORGETOWN, DE 19947

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.