%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE James P. Connor Jr. |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE MARCH 29, 2007 |
| NAME OF SERVER (PRINT) EZEKIEL WING || TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ADDRESS IS NOT RESIDENCE IT IS A SMALL STRIP MALL W/ THREE UNITS, ALL LEASED TO REAL ESTATE OFFICES. NO ONE AT THE OFFICES HAD HEARD OF JAMES CONNER.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/07
              Date

Signature of Server  Ezekiel W

Information Retrieval Services
P.O. BOX 268
GEORGETOWN, DE 19947

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.