IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SNYDER<br><br>    Plaintiff,<br><br>v.<br><br>GPM2 LLC, CHRISTY MANAGEMENT, LLC, BONNIE BENSON, P.A., THE FELTON BANK OF DELAWARE, JAMES P. CONNOR, JR., UNKNOWN TITLE INSURANCE COMPANY, and SERGOVIC & ELLIS P.A.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 1:07-cv-00066-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Please enter the appearance of Jeremy W. Ryan and Michael R. Robinson of Saul Ewing LLP as counsel for Defendant GPM2 LLC. This notice and entry of appearance is without waiver of any defenses of GPM2 LLC to jurisdiction, venue, right to jury trial or any other procedural or substantive right.

Dated: April 26, 2007

*[signature]*

Jeremy W. Ryan (Bar No. 4057)
Michael R. Robinson (Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
Email: jryan@saul.com
        mrobinson@saul.com
*Counsel for Defendant GPM2 LLC*

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on this 26th day of April, 2007, I caused to be electronically filed a true and correct copy of the foregoing *Entry of Appearance on Behalf of Defendant GPM2 LLC* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Richard Snyder
23 Harbor Road
Rehoboth Beach, DE 19971

Richard Snyder
P.O. Box 374
Davidsonville, MD 21035

Jeffrey M. Weiner, Esq.
1332 N. King Street
Wilmington, DE 19801

John H. Newcomer, Jr., Esq.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

SERGOVIC & ELLIS, P.A.
9 North Front Street
P.O. Box 875
Wilmington, DE 19947

Michael R. Robinson (Del. Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:   (302) 421-6800
Email:   mrobinson@saul.com

547136.3 4/26/07