# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SNYDER, <br><br> Plaintiff, <br><br> v. <br><br> GPM2 LLC, CHRISTY MANAGEMENT, LLC, BONNIE BENSON, P.A., THE FELTON BANK OF DELAWARE, JAMES P. CONNOR, JR., UNKNOWN TITLE INSURANCE COMPANY, and SERGOVIC & ELLIS P.A., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:07-cv-00066-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT GPM2 LLC'S
## MOTION TO DISMISS

Defendant GPM2 LLC, by its undersigned counsel, hereby moves that this Court dismiss the complaint in this action with prejudice because: pursuant to FED. R. CIV. P. 12(b)(1) this Court lacks subject matter jurisdiction, and pursuant to FED. R. CIV. P. 12(b)(6) the complaint fails to state a claim upon which relief may be granted. Further grounds for this motion are set forth in the opening brief in support thereof filed contemporaneously herewith.

Dated: April 27, 2007

/s/ Jeremy W. Ryan
_____
Jeremy W. Ryan (Bar No. 4057)
Michael R. Robinson (Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6800
Email: jryan@saul.com
         mrobinson@saul.com
*Counsel for Defendant GPM2 LLC*

547136.3 4/27/07

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GPM2 LLC, CHRISTY MANAGEMENT, | ) | Case No.: 1:07-cv-00066-GMS |
| LLC, BONNIE BENSON, P.A., THE | ) | |
| FELTON BANK OF DELAWARE, JAMES P. | ) | |
| CONNOR, JR., UNKNOWN TITLE | ) | |
| INSURANCE COMPANY, and SERGOVIC | ) | |
| & ELLIS P.A., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of Defendant GPM2 LLC's Motion to Dismiss the Complaint, and any responses thereto, it is ORDERED that the Complaint in this action is DISMISSED WITH PREJUDICE.

_____
Sleet, J.

547136.3 4/27/07

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on this 27th day of April, 2007, I caused to be electronically filed a true and correct copy of the foregoing *Motion to Dismiss, Opening Brief in Support Thereof, and (Proposed) Order* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Richard Snyder
23 Harbor Road
Rehoboth Beach, DE 19971

Richard Snyder
P.O. Box 374
Davidsonville, MD 21035

Jeffrey M. Weiner, Esq.
1332 N. King Street
Wilmington, DE 19801

John H. Newcomer, Jr., Esq.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

SERGOVIC & ELLIS, P.A.
9 North Front Street
P.O. Box 875
Wilmington, DE 19947

/s/ Michael R. Robinson
Michael R. Robinson (Del. Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:   (302) 421-6800
Email:         mrobinson@saul.com