# THE LAW OFFICES OF JEFFREY M. WEINER
A PROFESSIONAL ASSOCIATION

May 14, 2007

**VIA E-SERVE**

The Honorable Gregory M. Sleet
Judge of the United States District Court
844 North King Street
Wilmington, Delaware 19801

      Re:    <u>Richard Snyder v. GPM2, LLC, et al.</u>

Dear Judge Sleet:

      I represent Defendant Bonnie Benson, P.A. Plaintiff Snyder is appearing *pro se*.

      On April 19, 2007, on behalf of my client, I filed Defendant Benson, P.A.'s Motion to Dismiss and Opening Brief in Support Thereof (Docket Entries #11 and #12). Copies of these pleadings were duly served upon Plaintiff Snyder.

      Pursuant to Local District Court Civil Rule 7.1.2, Plaintiff Snyder's Answering Brief was due on or about Monday, May 7, 2007. Even allowing three extra days for service by mail, Plaintiff Snyder's Answering Brief was due on Thursday, May 10, 2007. Plaintiff Snyder is aware of his obligation to file a Response in Opposition to any Motion to Dismiss because on or about April 16, 2007, Plaintiff Snyder filed Opposition to the Motion to Dismiss filed by Defendant Christy Management LLC.

      Based upon Plaintiff Snyder's failure to file an Answering Brief in Opposition to Defendant Benson, P.A.'s Motion to Dismiss, Defendant Bonnie Benson, P.A. respectfully requests that this Court enter an Order of Dismissal with Prejudice.

      Respectfully submitted,

/s/ Jeffrey M. Weiner, Esquire #403
Jeffrey M. Weiner, Esquire #403

JMW/sls
#5030-9

cc:    Richard Snyder
       P.O. Box 374
       Davidson, Maryland 21023
       John H. Newcomer, Jr., Esquire
       Counsel for Defendants Felton Bank and Christy Management
       Jeremy W. Ryan, Esquire
       Counsel for Defendant GPM2