

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com
Our File: 020923.96584

June 4, 2007

**VIA ELECTRONIC FILE**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    Richard Snyder v. GPM2, LLC, et al.
            No. 1:07-cv-00066-GMS
            Our File No.: 20923-96584

Dear Judge Sleet:

      I write on behalf of defendant GPM2, LLC ("GPM") in the referenced action. On April 27, 2007, GPM caused to be filed and served its Motion to Dismiss and Opening Brief in Support Thereof (D.I. 21 and 22, respectively) in response to the Complaint filed by Richard Snyder. Pursuant to Local Rule 7.1.2 and Fed. R. Civ. P. 6, Mr. Snyder's response to this motion was due on May 11, 2007. Service was made upon Mr. Snyder by GPM by mailing a true and correct copy of the motion and opening brief to Mr. Snyder's address in Rehoboth Beach, Delaware, as well as his post office box in Davidsonville, Maryland. Allowing three additional days for service by mail, Mr. Snyder's response was due to be filed and served no later than May 15, 2007. Although an *additional* 20 days has passed since that deadline, no response has been made to GPM's motion.

      Due to the fact that GPM's motion to dismiss has been unopposed, GPM respectfully requests that the Court enter the proposed Order submitted with its Motion to Dismiss (D.I. 21) and dismiss this case against it with prejudice. Counsel remains available to discuss this matter with Your Honor at the Court's convenience.

                                      Respectfully submitted,

                                      Michael R. Robinson (DSBA No. 4452)

MRR/mvd
cc:   Richard Snyder (Via U.S. Mail)
       John H. Newcomer, Jr., Esq. (Via Electronic File)
       Jeffrey M. Weiner, Esq. (Via Electronic File)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
548529.1 6/4/07                              A DELAWARE LIMITED LIABILITY PARTNERSHIP