IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Richard Snyder     * 1:07-cv-00066-GMS

Plaintiff

v.

GPM2 LLC, et al     *

Defendant(s)



BD scanned

OBJECTION TO LETTER(S). MOTION FOR SANCTIONS

(1) This is the *second* "*ex parte*" communication by this person.

(2). This type of communication is forbidden with the court.

(3) The complaint is perfectly clear….counsel chooses to "throw it out" on irrelevant, immaterial, and argumentive technicalities.

(4) Plaintiff was/ and is, ready, willing and able to perform the agreement….and defendants…failed to even check with the land records….prior to the "better" sale.

(5) Plaintiff again states that a hearing is requested…And at the appropriate time… full details of this unlawful action by the parties shall be fully explained.

(6) The motion to dismiss is premature. It is itself without foundation…and the filed contract "speaks for itself". Counsel's actions are sanctionable.

(7) This type of conduct by counsel cannot be sustained…Even a *proper* motion should be denied… all parties should have their day in court.

Richard Snyder  P.O. Box 374 Davidsonville, MD 21035

Copies of this pleading have been mailed to all defendant(s) at their addresses of record: GPM2, Felton Bank, Christy Management, J.W. Ryan, J.W. Newcomer etc.

Richard Snyder

BALTIMORE MD 212
02 JUN 2007 PM 7 L

U.S District Court
844 King St.
Wilmington, DE
19901

