IN THE UNITED STATES DISTRICT COURT (DELAWARE)

Richard Snyder           * 07-00066 GMS

Plaintiff

v.

GPM2 et al.              *

Defendants               *



AMENDED COMPLAINT

1. Plaintiff amends to add additional defendant: Solomon Choudhary, 501 E. Market Street, Georgetown DE 19947.

2. There is jurisdiction as to a federal question in this matter.

3. The contract speaks for itself, and but for a "better offer", this agreement would have gone to settlement.

Richard Snyder
23 Harbor Road
Rehoboth, DE 19971

Certification of Service

Copies of this amended complaint have been sent by first-class postage to S. Choudhary, 501 E. Market St., Georgetown, DE 19947...and to all other Defendants either to their attorney(s) of record, or to them personally, if not represented.

Richard Snyder



BALTIMORE MD 212

30 JUL 2007 PM 10 T



U.S.M
X-R/

U.S. District Court
844 King St.
Wilmington, DE
19801

07-00066