IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Richard Snyder** | * | 07-cv-00066 GMS |
| **Plaintiff** | * | |
| v. | | |
| **GPM2 et al** | * | |
| **Defendants** | * | |

### DISMISSAL WITH REGARDS (1) DEFENDANT

1. Plaintiff requests the court to dismiss defendant Solomon Choudhary.

2. Plaintiff has reach settlement with him and voluntarily makes this request.

3. Motion attached.

Richard Snyder
P.O. Box 374
Davidsonville, MD 21035     mail address

### Certification of Service

Copies have been sent by first-class postage to all listed counsel and others in this matter not represented.

Richard Snyder



FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard Snyder | * | 07-cv-00066 GMS |
| Plaintiff | * | |
| v. | | |
| GPM2 et al | * | |
| Defendants | * | |

## MOTION AND ORDER

1. Plaintiff moves to dismiss Solomon Choudhary as defendant.

2. The court is asked to approve by order.

3. Ordered, that Solomon Choudhary is hereby removed as defendant from the captioned matter.

_____          _____
Date                                             Judge, U.S. District Court

BALTIMORE MD 212
09 AUG 2007 PM 6 T

AUG 09 2007
USPS

U.S. District Court
844 King St
Wilmington, DE
19801

07-cv-00066


U.S.M.S.
X-RAY