|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE DISTRICT OF DELAWARE | |

RICHARD SNYDER,

      Plaintiff,

    v.

GPM2, LLC, CHRISTY MANAGEMENT, LLC, BONNIE BENSON, P.A., THE FELTON BANK OF DELAWARE, JAMES P. CONNOR, JR., UNKNOWN TITLE INSURANCE COMPANY and SERGOVIC & ELLIS, P.A.,

      Defendants.

C.A. No. 07-00066 GMS

## STIPULATION OF PARTIAL DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's claims asserted against CHRISTY MANAGEMENT, LLC, and any claims affecting or related to the title to the real property located at 501-503 East Market Street, Georgetown, Delaware, are hereby dismissed, with prejudice.

                                    Richard Snyder, *Pro Se*

                                    **MORRIS JAMES LLP**

                                  John H. Newcomer, Jr. (I.D. # 2323)
                                  500 Delaware Avenue, Suite 1500
                                  Wilmington, DE 19801
                                  (302) 888-6975
                                  Attorneys for Defendant
                                  Christy Management, LLC

_____
Jeffrey M. Weiner (#403)
1332 King Street
Wilmington, DE 19801
Attorney for Defendant Bonnie Benson P.A.

**SAUL EWING LLP**

*/s/ Michael R. Robinson*
Jeremy W. Ryan (#4057)
Michael R. Robinson (#4452)
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899
Attorneys for Defendant GPM2 LLC