## SERGOVIC & ELLIS, P.A.
Attorneys at Law
9 North Front Street
P.O. Box 875
Georgetown, Delaware 19947-0875

John A. Sergovic, Jr.
Stephen P. Ellis
Shannon D. Carmean
Brian M. Ellis
Cindy L. Szabo
Leslie Case DiPietro

(302) 855-9500
Fax (302) 856-2233
E-Mail: jsergovic@seslaw.net

December 5, 2007

VIA FIRST CLASS MAIL

U.S. District Court
District of Delaware
Attn: Docket Clerk
844 North King Street
Lock Box 18
Wilmington, DE 19801

RE: Richard Snyder v GPM2, et al., CA 07-00066 GMS

Dear Sir/Madam:

We write regarding the above-referenced action on behalf of ourselves. Sergovic & Ellis, P.A. has never been served in this matter, although we were named in the original Complaint, therefore an Entry of Appearance has not been filed on our behalf.

The Plaintiff, Richard Snyder, has forwarded the original Notice of Voluntary Dismissal as to Sergovic & Ellis, P.A. to the undersigned. The undersigned has been in contact with Mr. Snyder and he has expressed his permission (see Exhibit "A" attached hereto) for our firm to forward the original Notice of Voluntary Dismissal as to Sergovic & Ellis, P.A. to the Court for docketing.



FILED
DEC -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. District Court
District of Delaware
Attn: Docket Clerk
December 5, 2007
Page 2

Thank you for your attention and cooperation to this matter.

Respectfully submitted,

**SERGOVIC & ELLIS, P.A.**

John A. Sergovic, Jr.

JAS,JR/clw
Enclosures
cc:   Mr. Richard Snyder
      Jeremy W. Ryan, Esquire
      Michael R. Robinson, Esquire
      Jeffrey M. Weiner, Esquire
      John H. Newcomer, Jr., Esquire
      James P. Connor, Jr.
      CNA Insurance