IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD SNYDER,                     :    CA-07-00066 GMS
                                    :
        Plaintiff,                  :
                                    :
    v.                              :
                                    :
GPM2 et, al.,CHRISTY                :
MANAGEMENT, LLC, BONNIE             :
BENSON, P.A., THE FELTON            :
BANK OF DELAWARE, JAMES             :
P. CONNOR, JR., UNKNOWN             :
TITLE INSURANCE COMPANY,            :
and SERGOVIC & ELLIS,P.A.           :
                                    :
        Defendants.                 :

NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the *pro se* Plaintiff, Richard Snyder, and dismisses the above-captioned action with prejudice in accordance with Federal District Court Rule 41(a). * See Below

Richard Snyder
P.O. Box 374
Davidsonville, MD 21035

DATED:

* With respect To Sergovic & Ellis only RES

# EXHIBIT "A"

## Chris Wright

**From:** richard e snyder [airportinvestors@juno.com]
**Sent:** Wednesday, December 05, 2007 4:09 PM
**To:** Chris Wright
**Subject:** Re: Snyder v GPM2 et al

Permission granted...but only a to Sergovic & Ellis...Richard Snyder

On Wed, 5 Dec 2007 15:53:23 -0500 "Chris Wright" <cwright@seslaw.net> writes:

> Mr. Snyder, I spoke with a Docket Clerk with Federal District Court and he stated that we could forward your original Notice of Voluntary Dismissal as to Sergovic & Ellis, P.A., for docketing with the Court. Would you please reply to this email granting us permission to forward the Notice of Voluntary Dismissal as to Sergovic & Ellis, P.A., to Federal District Court. Thank you.
>
> *Chris Wright*
> Legal Assistant to John A. Sergovic, Jr., Esquire
> Sergovic & Ellis, P.A.
> 9 North Front Street
> P.O. Box 875
> Georgetown, DE 19947
> (302) 855-9500 (phone)
> (302) 856-2233 (fax)
> cwright@seslaw.net

12/5/2007